**Ephrain RELIFORD, Jr.,**
**Plaintiff—Appellant,**

v.

**Lawrence PEARSON; Charles Truesdale; Aiken County Sheriff's Department, Defendants—Appellees.**

No. 04–6494.

United States Court of Appeals,
Fourth Circuit.

Submitted June 24, 2004.

Decided July 1, 2004.

Ephrain Reliford, Jr., Appellant pro se. Terri Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina; Daniel Roy Settana, Jr., Stephen L. Hall, McKay, McKay & Settana, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ephrain Reliford, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging violations under 42 U.S.C. § 1983 (2000) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403

U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Reliford v. Pearson,* No. CA–03–1561–3–17BC (D.S.C. filed Feb. 20, 2004 & entered Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*